E. KENT WINWARD #5562
ABRAHAM SMOOT #12666
Attorney for Debtor(s)
2550 Washington Blvd. Suite 201
Ogden, Utah 84401
Telephone:    (801) 392-8200
Facsimile:    (801) 392-2724
thebankruptcyfirm@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| **In the Matter of**: | Case No. 11-28092 |
|---|---|
| Asuncion Cuevas, <br> Hortencia Cuevas | Chapter 13 |
| **Debtor(s)** | |

**MOTION TO MODIFY PLAN PRE-CONFIRMATION**

Debtor, through counsel and pursuant to Section 1323, hereby moves the Court for an Order Modifying the proposed Chapter 13 Plan. In support thereof, debtor represents as follows:

1. Debtor filed a Chapter 13 petition on June 1, 2011.

2. The most recently filed plan is hereby modified as follows:

| Section | Previously Filed Plan Provision | Plan as Modified |
|---|---|---|
| 6a | Debtors shall pay $ **320.00** per month to the Chapter 13 Trustee until completion of the Plan. | Debtors shall pay $ **320.00** per month for three months, then **$400.00 per month** to the Chapter 13 Trustee until completion of the Plan. |

WHEREFORE, Debtor requests that the plan be modified as set forth above.

DATED: September 26, 2011

_____/s/_____
E. Kent Winward
Abraham Smoot
Attorneys for Debtor